IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV546-RLV-DSC

| | | |
|---|---|---|
| PROSPECT CAPITAL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| NATHAN M. BENDER, et. al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Thomas S. Richey and Ann Wrege Ferebee]" (documents ##108 and 109) filed January 4, 2010. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: January 4, 2010

David S. Cayer
United States Magistrate Judge