IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV546-RLV-DSC

PROSPECT CAPITAL CORPORATION,         )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )
                                      )
                                      )
NATHAN M. BENDER, et. al.,            )
                                      )
        Defendants.                   )
                                      )
_____)

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for William H. Major, III]" (document #113) filed January 7, 2010. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: January 7, 2010

David S. Cayer
United States Magistrate Judge