IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09CV546-RLV-DSC

PROSPECT CAPITAL CORPORATION,       )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )
                                    )
NATHAN M. BENDER, et. al.,          )
                                    )
        Defendants.                 )
                                    )
_____ )

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Richard P. Darke and Justin Joseph D'Elia]" (documents ##119-120) filed January 8, 2010. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: January 8, 2010

David S. Cayer
United States Magistrate Judge