# UNITED STATES DISTRICT COURT
## Western District of North Carolina

PROSPECT CAPITAL CORPORATION,
individually and derivatively on behalf of
ESA ENVIRONMENTAL SPECIALISTS,
INC.,

      Plaintiff(s),

-against-

NATHAN M. BENDER, DAVID C.
EPPLING, JACOB COLE, JOHN M.
MITCHELL, SHELTON SMITH, SANDRA
DEE COLE, MICHAEL ANTHONY
HABOWSKI, DENNIS M. MOLESEVICH,
TRACEY HAWLEY CHERRY BEKAERT
& HOLLAND, LLP, ELLIOT & WARREN,
ADKISSON, SHERBERT & ASSOCIATES,
HOULIHAN SMITH, CHESTER J.
BANUELL and SUNTRUST BANKS, INC.,

      Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER.: 3:09-cv-00546-RLV-DSC

Notice is hereby given that, subject to approval by the court, Adkisson, Sherbert & Associates substitutes Sharpless Stavola PA and Frederick K. Sharpless, Esq., State Bar No.: __12551__ as counsel of record in place of MARTIN CLEARWATER & BELL, LLP and Michael F. Lynch, Esq.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Sharpless Stavola PA |
| Address: | 200 South Elm Street, Suite 400 |
| Telephone: | 336-333-6400 |
| Facsimile: | 336-333-6399 |
| E-mail: | fks@sharpless-stavola.com |

| | |
|---|---|
| I consent to the above substitution.<br>Date: 1/8/2010 | Adkisson, Sherbert & Associates<br>*/s/ W. Sherbert/*<br>William Sherbert, CPA |
| I consent to being substituted.<br>Date: January 13, 2010 | MARTIN CLEARWATER & BELL LLP<br>*/s/ Michael F. Lynch/*<br>Michael F. Lynch, Esq. |
| I consent to the above substitution.<br>Date: January 12, 2010 | Sharpless Stavola PA<br>*/s/*<br>Frederick K. Sharpless, Esq. |

The substitution of attorney is hereby approved and so ORDERED.

Date: 1-19-10            _____
                                                                        Judge